# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 09-6402 DDP (PJWx) | Date | November 23, 2009 |
|---|---|---|---|
| Title | Jose Garcia, et al. -vs- Countrywide Home Loans, Inc., et al. | | |

| Present: The Honorable | AUDREY B. COLLINS, CHIEF UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Linda Williams | Katherine Stride | None |
| Relief Deputy Clerk | Court Reporter | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| David A. St. John - No appearance | | no appearance |

**Proceedings:** ORDER TO SHOW CAUSE REGARDING FAILURE TO COMPLY WITH LOCAL RULE 3-2

    Case called. David A. St. John, counsel for plaintiff is not present. In an attempt to notify counsel of the responsibility to comply with the Local Rules regarding initiating documents, this Court on September 4, 2009, electronically notified Plaintiff's counsel to comply with Local Rule 3-2. Following the 24 hour deadline allowed to submit the initiating documents in PDF format via e-mail to the Clerk's Office Civil Intake (Divisional) Section, on September 15, 2009, the Court issued a written Order to Comply with Local Rule 3-2 within 24 hours, which was electronically served on counsel of record. Plaintiff's counsel's failure to comply with the written notice caused the Court to then schedule an Order to Show Cause hearing on November 23, 2009 and warning that sanctions may be imposed. Plaintiff's counsel failed to appear at the Order to Show Cause hearing.

    The Court must impose personal sanctions against Plaintiff's counsel, in the amount of $500.00, for failure to comply with the requirements of Local Rule 3-2, regarding initiating documents. **The Court ORDERS plaintiff's counsel, David A. St. John to comply with Local Rule 3.2 and pay the sanction of $500.00 to the Clerk's Office within ten days, December 3, 2009.**

    A further Order to Show Cause hearing is hereby scheduled on **December 14, 2009, at 10:00 am.** Compliance with Local Rule 3-2 must be met, or future sanctions in an amount sufficient to notify the State Bar will be imposed.

**cc: Fiscal Section**

| 00 | : | 01 |
|---|---|---|

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-6402 DDP (PJWx) | Date | November 23, 2009 |
|---|---|---|---|
| Title | Jose Garcia, et al. -vs- Countrywide Home Loans, Inc., et al. | | |

Initials of Preparer    ljw for AB